DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SILVESTER LESTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4135

_____

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

　　Affirmed.

SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.